AO 91 (Rev. 11/11) Criminal Complaint

s/Nicole Paladino 11-2-26

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

FILED

2:36 pm, Nov 02, 2026
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: LDC, Deputy Clerk

United States of America
v.
Sunday K. Omopariola, Jr.

*Defendant(s)*

Case No. M-26- 523 -STE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 27, 2025 in the county of Oklahoma in the Western District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit of Task Force Officer Scott Whitock, ATF, which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Scott Whitlock, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 2, 2026

[signature: Shon T. Erwin]
*Judge's signature*

City and state: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

**STATE OF OKLAHOMA** )
)
**COUNTY OF OKLAHOMA** )

**AFFIDAVIT OF PROBABLE CAUSE**
**IN SUPPORT OF ARREST WARRANT**

I, Scott Whitlock, having been duly sworn, depose and state as follows:

1. I am an Inspector with the Oklahoma City Police Department (OCPD) currently assigned to Investigations Bureau Robbery Unit, having been so employed since 2014. I began working as police officer with OCPD in March of 2002. I have led numerous criminal investigations leading to the arrest and conviction of violent felons. I'm concurrently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) with the Oklahoma City Field Office since July of 2026, and as such I am an investigative and law enforcement officer of the United States authorized to conduct investigations of, and to make arrests and seizures for, offenses enumerated in Title 18 of the United States Code, to include section 922.

2. I am familiar with the information contained in this Affidavit through personal investigation and/or information received from other law enforcement officers, mentioned herein, who have participated in and/or have contributed documentary reports of their investigative efforts in this matter. This Affidavit contains information necessary to support the Complaint and is not intended to include every fact or matter observed or known by me or other law enforcement involved in this matter.

3. This Affidavit is presented for the limited purpose of seeking a federal complaint and arrest warrant for **Sunday K. OMOPARIOLA JR. (OMOPARIOLA)**, a male with the date of birth xx/xx/1984. This complaint and arrest warrant are sought based on probable cause to believe **OMOPARIOLA** violated Title 18, United States Code, Section 922(g)(1).

**FACTS SUPPORTING PROBABLE CAUSE**

4. Based on an investigation conducted by TFO Scott Whitlock, OMOPARIOLA was confirmed to be a convicted felon in Oklahoma County District Court case number CF-2018-2324 for Child Neglect, which carries potential for a term of imprisonment exceeding one year. On July 12, 2019, OMOPARIOLA was sentenced to five years of imprisonment with all five years suspended.

5. On October 27, 2026, at around 03:20 A.M., Oklahoma City Police Officers were called out to an armed robbery of a store clerk at Hurts Donuts located at 601 NW 23rd Street, Oklahoma City, Oklahoma County. Oklahoma County is in the Western District of Oklahoma. When the 911 call was made, law enforcement personnel immediately dispatched a police department issued drone to this location. The drone footage shows the potential robbery taking place with the suspect, later identified as Sunday K. OMOPARIOLA Jr., pointing a gun at the male store clerk while taking a phone from his hand.

6. As officers arrived on scene, OMOPARIOLA laid the gun on the floor and was compliant with officers when taken into custody.

7. Officers verified that OMOPARIOLA has a felony conviction out of Oklahoma County for Child Neglect, CF18-2324. The firearm seen in OMOPARIOLA's hand and later dropped by OMOPARIOLA is a .38 special caliber revolver model 206 with serial number #RIA1571017.

8. ATF SA Brendon Taylor, a Firearms Interstate Nexus Examiner, reviewed the firearm found in **OMOPARIOLA's** possession. He opined, based upon his training, experience, and examination of the firearm markings, that the firearm was not manufactured in Oklahoma and therefore crossed state lines to reach the state of Oklahoma, affecting interstate commerce.

9. Based upon the aforementioned facts and circumstances, I believe probable cause exists to establish that on or about October 25, 2026, within the Western District of Oklahoma, **Sunday K. OMOPARIOLA Jr.,** a convicted felon, did knowingly possess a firearm in violation of 18 U.S.C. § 922(g)(1).

S. Whitlock

SCOTT WHITLOCK
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed before me this 2nd day of November 2026.

Shon T. Erwin

SHON T. ERWIN
U.S. MAGISTRATE JUDGE